UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNETTE BLACKWELL,<br>Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>Defendant. | No. 1:26-cv-04450-JLT-EPG<br><br>STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT<br><br>(ECF No. 14) |

Defendant respectfully moves for an extension of thirty (30) days to respond to Plaintiff's Motion for Summary Judgment in this case, from the current due date of September 28, 2026 to the new date of October 28, 2026. Plaintiff's counsel was contacted and indicated their willingness to stipulate to this extension request. This is Defendant's first request for an extension in this case and is based on the following.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its response given competing workload requirements. Counsel has been out of the office many days this past month on leave and has multiple briefs due for filing within a couple days of this brief being due. An extension until October 28, 2026 will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order

shall be extended accordingly.

Respectfully submitted,

ERIC GRANT
United States Attorney

DATE: September 16, 2026 By: *s/ Oscar Gonzalez de Llano*
OSCAR GONZALEZ DE LLANO
Special Assistant United States Attorney
Attorneys for Defendant

Respectfully submitted,

DATE: September 16, 2026 By: *s/ Paul Sachelari*
Paul Sachelari
Law Office of Paul Sachelari
Attorney for Plaintiff
(*as authorized by email)

ORDER

Pursuant to Defendant's Motion, IT IS HEREBY ORDERED that Defendant shall have an extension, up to and including October 28, 2026, to respond to Plaintiff's Motion for Summary Judgment.

IT IS SO ORDERED.

Dated: **September 17, 2026**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE