**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANNETTE BLACKWELL,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:26-cv-04450 JLT EPG<br><br>ORDER REMANDING THE MATTER PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>ORDER DIRECTING ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT, AND TERMINATING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AS MOOT<br><br>(Docs. 13, 16) |

Annette Blackwell and the Commissioner of Social Security stipulated to a voluntary remand for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 16.) Pursuant to the stipulation, an administrative law judge shall "further develop the record as necessary, offer [Plaintiff] the opportunity for a hearing and issue a new decision." (*Id.* at 1.) In addition, the parties agree that the Court shall enter judgment in favor of Plaintiff and against the Commissioner. (*Id.*)

Based upon the terms of the stipulation, the Court **ORDERS**:

1. Plaintiff's motion for summary judgment (Doc. 13) is terminated as **MOOT**.
2. The matter is **REMANDED** for further administrative proceedings under sentence four of 42 U.S.C. § 405(g).

3. The Clerk of Court is directed to enter judgment in favor of Plaintiff Annette Blackwell and against Defendant Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated: October 30, 2026

Jennifer L. Thurston

UNITED STATES DISTRICT JUDGE